**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARK BOLLINGER, | Case No. 2:15-cv-01691-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DENYING MOTIONS TO DISMISS AS MOOT** |
| STACIE JENNIFER BOLLINGER; WELLS FARGO BANK, N.A.; and QUALITY LOAN SERVICE CORPORATION, | (Dkt. #9, #14, #16) |
| Defendants. | |

In light of the Second Amended Complaint (Dkt. #17), and the defendants' respective motions to dismiss the Second Amended Complaint (Dkt. #19, #20),

IT IS ORDERED that the defendants' prior motions to dismiss **(Dkt. #9, #14, #16),** which were directed at earlier versions of the complaint, **are DENIED** without prejudice as moot.

DATED this 17th day of December, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE