# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARK BOLLINGER,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Case No. 2:15-cv-01691-APG-CWH

**ORDER**

On March 9, 2016, the Court entered an order staying discovery pending the resolution of Wells Fargo's motion to dismiss. (Order (ECF No. 32).) The Court further ordered the parties to meet and confer and file a proposed discovery plan and scheduling order if the motion to dismiss was denied. (*Id.*) The parties' deadline for doing so was 14 days after the Court's order on the motion to dismiss. (*Id.*) District Judge Gordon granted in part and denied in part the parties' motions to dismiss at the hearing held on June 15, 2016. (Mins. of Proceedings (ECF No. 37).) To date, the parties have not filed a proposed discovery plan and scheduling order.

IT IS THEREFORE ORDERED that by July 26, 2016, the parties must show cause in writing why they failed to comply with the court's order (ECF No. 32). If the parties file a proposed discovery plan and scheduling order by July 26, 2016, the court automatically will discharge this show cause order.

DATED: July 12, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**