# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARK BOLLINGER,

      Plaintiff,

vs.

WELLS FARGO BANK, N.A., et al.,

      Defendants.

Case No. 2:15-cv-01691-APG-CWH

**ORDER**

On July 26, 2016, the court entered an order requiring the parties to meet and confer and file a proposed discovery plan and scheduling order by August 19, 2016. (Min. Order (ECF No. 41).) The parties have not complied with the court's order.

IT IS THEREFORE ORDERED that by November 1, 2016, the parties must meet and confer and file a proposed discovery plan and scheduling order. Failure to do so will result in the issuance of an order to show cause.

DATED: October 19, 2016

                                        _____
                                        **C.W. Hoffman, Jr.**
                                        **United States Magistrate Judge**